IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 0 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01991-ZLW

SOLOMON BEN-TOV COHEN,

    Plaintiff,

v.

AGENT JASON CLEMENS, Immigration & Customs Enforcement, and
SHANA MARTIN, Assistant Chief Counsel, Dept. of Homeland Security,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's motion filed on October 28, 2008, to reconsider the Court's order denying him leave to proceed in forma pauperis on appeal is DENIED.

Dated: October 30, 2008

Copies of this Minute Order were mailed on October 30, 2008, to the following:

Solomon Ben-Tov Cohen
Prisoner No. L2580
Alien No. 177309675
ICE Processing Center-GEO Detention Facility
11901 E. 30th Avenue
Aurora, CO 80010

                              Secretary/Deputy Clerk